**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re:     Ajahana Valentine De Vargas Edwards     §   Case No. 22-50530-SMS
                                                                                    §
                                                                                    §
Debtor(s)                                                                 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

NEIL C GORDON, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $29,701.00          Assets Exempt:     $18,400.00
*(without deducting any secured claims)*

Total Distribution to Claimants:   $8,542.08          Claims Discharged
                                                                          Without Payment:   $30,886.00

Total Expenses of Administration:   $2,106.38

3) Total gross receipts of $14,866.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $4,217.54 (see **Exhibit 2**), yielded net receipts of $10,648.46 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY CLAIMS | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,106.38 | 2,106.38 | 2,106.38 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 2,246.20 | 2,246.20 | 2,246.20 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 30,886.00 | 6,295.88 | 6,295.88 | 6,295.88 |
| **TOTAL DISBURSEMENTS** | **$30,886.00** | **$10,648.46** | **$10,648.46** | **$10,648.46** |

4)  This case was originally filed under Chapter 7 on 01/20/2022. The case was pending for 37 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/19/2025          By: /s/ NEIL C GORDON, TRUSTEE
                                                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE¹ | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUNDS - FEDERAL | 1124-000 | 14,866.00 |
| **TOTAL GROSS RECEIPTS** | | **$14,866.00** |

¹ The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Ajahana Valentine De Vargas Edwards | Pursuant to court Order Entered 2/15/24 (Doc. No. 40);  Stopped on 06/11/2024 | 8200-002 | 0.00 |
| Clerk, United States Bankruptcy Court | Turnover of Unclaimed Funds | 8200-002 | 4,217.54 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$4,217.54** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **N/A** | | | |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NEIL C GORDON, TRUSTEE | 2100-000 | N/A | 1,788.85 | 1,788.85 | 1,788.85 |
| NEIL C GORDON, TRUSTEE | 2200-000 | N/A | 9.47 | 9.47 | 9.47 |
| Clerk, United States Bankruptcy Court | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |
| East West Bank | 2600-000 | N/A | 48.06 | 48.06 | 48.06 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$2,106.38** | **$2,106.38** | **$2,106.38** |

## EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (10/1/2010)

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2-2 | IRS | 5800-000 | N/A | 2,246.20 | 2,246.20 | 2,246.20 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **N/A** | **$2,246.20** | **$2,246.20** | **$2,246.20** |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | T Mobile/T-Mobile USA Inc | 7100-000 | N/A | 1,698.51 | 1,698.51 | 1,698.51 |
| 1-I | T Mobile/T-Mobile USA Inc | 7990-000 | N/A | 16.22 | 16.22 | 16.22 |
| 2-2 | IRS | 7100-000 | N/A | 4,516.58 | 4,516.58 | 4,516.58 |
| 2-2-I | IRS | 7990-000 | N/A | 64.57 | 64.57 | 64.57 |
| NOTFILED | COLONIAL AUTO | 7100-000 | 20,451.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CWS Apartment Homes, LLC | 7100-000 | 8,721.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | FRANKLIN COLLECTION SERV | 7100-000 | 1,194.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | SELF FINANCIAL INC / LEA | 7100-000 | 520.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$30,886.00** | **$6,295.88** | **$6,295.88** | **$6,295.88** |

**UST Form 101-7-TDR (10/1/2010)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

Page:  1

| **Case Number:** | 22-50530 SMS | **Trustee:** | NEIL C GORDON, TRUSTEE |
| **Case Name:** | Ajahana Valentine De Vargas Edwards | **Filed (f) or Converted (c):** | 01/20/22 (f) |
| | | **§341(a) Meeting Date:** | 02/28/22 |
| **Period Ending:** | 02/19/25 | **Claims Bar Date:** | 05/31/22 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | ELECTRONICS, HOUSEHOLD GOODS, AND FURNISHINGS | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | CLOTHING AND SHOES | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 3 | CASH ON HAND | 0.00 | 0.00 | OA | 0.00 | FA |
| 4 | CHECKING & SAVINGS BANK OF AMERICA NA | 400.00 | 0.00 | OA | 0.00 | FA |
| 5 | CHECKING FNSBC | 100.00 | 0.00 | OA | 0.00 | FA |
| 6 | MONEY MARKET ACCOUNT CASHAPP | 100.00 | 0.00 | OA | 0.00 | FA |
| 7 | DE VARGAS FILMS LLC | 1.00 | 0.00 | OA | 0.00 | FA |
| 8 | TAX REFUNDS - FEDERAL<br>(see footnote) | 25,845.00 | 21,845.00 | | 14,866.00 | FA |
| 9 | VOIDED (u) | Unknown | Unknown | OA | 0.00 | FA |
| 10 | Claim Against Sudo Bar - Handled by Morgan & Morgan (u) | 39,000.00 | 29,701.00 | OA | 0.00 | FA |
| 11 | Possible Fraudulent Transfers (u) | Unknown | Unknown | OA | 0.00 | FA |
| 12 | VOIDED | Unknown | Unknown | OA | 0.00 | FA |
| 13 | VOIDED (u) | Unknown | Unknown | OA | 0.00 | FA |
| 14 | Venmo Account | 0.00 | 0.00 | OA | 0.00 | FA |
| 15 | Fidelity Account | 0.00 | 0.00 | OA | 0.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$69,946.00** | **$51,546.00** | | **$14,866.00** | **$0.00** |

Regarding Property #8    Originally scheduled as $15,761.00; amended to $25,845.00

**Major activities affecting case closing:**

Debtor is the sole member of De Vargas Films LLC which she began during 2021.  The business has no separate bank account.  The trustee has requested bank statements for all of May 2021 through January 2022.  The May 2021 date was selected because that was the month that the LLC was created.  Trustee is investigating as to whether there are expenses of the LLC that could be claimed as fraudulent transfers.

In the interim, Trustee has recovered the 2020 Federal tax refund.

**FORM 1**

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

**Initial Projected Date of Final Report (TFR):** April 30, 2024          **Current Projected Date of Final Report (TFR):** November 19, 2023 (Actual)

| February 19, 2025 | /s/ NEIL C GORDON, TRUSTEE |
|---|---|
| Date | NEIL C GORDON, TRUSTEE |

**Form 2**

Exhibit 9

## Cash Receipts and Disbursements Record

Page: 1

| | |  | |
|---|---|---|---|
| **Case Number:** | 22-50530 SMS | **Trustee:** | NEIL C GORDON, TRUSTEE |
| **Case Name:** | Ajahana Valentine De Vargas Edwards | **Bank Name:** | East West Bank |
| | | **Account:** | ******1583 - Checking |
| **Taxpayer ID#:** | **-***2090 | **Blanket Bond:** | $27,655,000.00 (per case limit) |
| **Period Ending:** | 02/19/25 | **Separate Bond:** | N/A |

| 1<br><br>Trans.<br>Date | 2<br><br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/29/22 | Asset #8 | United States Treasury | | 1124-000 | 10,084.00 | | 10,084.00 |
| 10/31/22 | | East West Bank | Bank and Technology Services Fee | 2600-000 | | 15.86 | 10,068.14 |
| 11/30/22 | | East West Bank | Bank and Technology Services Fee | 2600-000 | | 15.86 | 10,052.28 |
| 12/30/22 | | East West Bank | Bank and Technology Services Fee | 2600-000 | | 16.34 | 10,035.94 |
| 07/13/23 | Asset #8 | United States Treasury | 2022 Federal Tax Refund | 1124-000 | 4,782.00 | | 14,817.94 |
| 02/15/24 | 1001 | NEIL C GORDON, TRUSTEE | Trustee's Commission & Expenses Pursuant to Court Order Entered 2/15/24 (Doc. No. 40) | | | 1,798.32 | 13,019.62 |
| 02/15/24 | | | Trustee's Commission & Expenses Pursuant to Court Order Entered 2/15/24 (Doc. No. 40) — 1,788.85 | 2100-000 | | | 13,019.62 |
| 02/15/24 | | NEIL C GORDON, TRUSTEE | 9.47 | 2200-000 | | | 13,019.62 |
| 03/04/24 | 1002 | Clerk, United States Bankruptcy Court | Court Fees Pursuant to Court Orders Entered 11/16/23 & 2/15/24 (Doc. Nos. 37 & 40) | 2700-000 | | 260.00 | 12,759.62 |
| 03/04/24 | 1003 | IRS | Pursuant to Court Order Entered 2/15/24 (Doc. No. 40) | | | 2,267.64 | 10,491.98 |
| 03/04/24 | | | Pursuant to Court Order Entered 2/15/24 (Doc. No. 40) — 2,246.20 | 5800-000 | | | 10,491.98 |
| 03/04/24 | | IRS | 21.44 | 7990-000 | | | 10,491.98 |

**Form 2**

Exhibit 9

## Cash Receipts and Disbursements Record

Page: 2

| | | |
|---|---|---|
| **Case Number:** | 22-50530 SMS | |
| **Case Name:** | Ajahana Valentine De Vargas Edwards | |
| **Taxpayer ID#:** | **-***2090 | |
| **Period Ending:** | 02/19/25 | |

| | |
|---|---|
| **Trustee:** | NEIL C GORDON, TRUSTEE |
| **Bank Name:** | East West Bank |
| **Account:** | ******1583 - Checking |
| **Blanket Bond:** | $27,655,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br><br>Trans.<br>Date | 2<br><br>Check or<br>Ref. # | 3<br><br><br>Paid To / Received From | 4<br><br><br>Description of Transaction | | Uniform<br>Tran. Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/04/24 | 1004 | T Mobile/T-Mobile USA Inc | Pursuant to Court Order Entered 2/15/24 (Doc. No. 40) | | | | 1,714.73 | 8,777.25 |
| 03/04/24 | | | Pursuant to Court Order Entered 2/15/24 (Doc. No. 40) | 1,698.51 | 7100-000 | | | 8,777.25 |
| 03/04/24 | | T Mobile/T-Mobile USA Inc | | 16.22 | 7990-000 | | | 8,777.25 |
| 03/04/24 | 1005 | IRS | Pursuant to Court Order Entered 2/15/24 (Doc. No. 40) | | | | 4,559.71 | 4,217.54 |
| 03/04/24 | | IRS | Pursuant to Court Order Entered 2/15/24 (Doc. No. 40) | 4,516.58 | 7100-000 | | | 4,217.54 |
| 03/04/24 | | IRS | | 43.13 | 7990-000 | | | 4,217.54 |
| 03/04/24 | 1006 | Ajahana Valentine De Vargas Edwards | Pursuant to court Order Entered 2/15/24 (Doc. No. 40);  Stopped on 06/11/2024 | | 8200-002 | | 4,217.54 | 0.00 |
| 06/11/24 | 1006 | Ajahana Valentine De Vargas Edwards | Pursuant to court Order Entered 2/15/24 (Doc. No. 40);  Stopped: Check issued on 03/04/2024 | | 8200-002 | | -4,217.54 | 4,217.54 |
| 06/21/24 | 1007 | Clerk, United States Bankruptcy Court | Turnover of Unclaimed Funds | | 8200-002 | | 4,217.54 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 14,866.00 | 14,866.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 14,866.00 | 14,866.00 | |
| Less: Payment to Debtors | | | 4,217.54 | |
| **NET Receipts / Disbursements** | | **$14,866.00** | **$10,648.46** | |

**Form 2**

**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 3

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1583** | **14,866.00** | **10,648.46** | **0.00** |
| | **$14,866.00** | **$10,648.46** | **$0.00** |